In the Matter of the Application of SAMUEL GELLMAN, Appellant. ROSICATO BUILDERS, INC., Plaintiff, *v.* BERRIAN & 45TH REALTY CORP. et al., Defendants. WILLIAM GREEN, Doing Business under the Name of GREEN CONSTRUCTION COMPANY, Respondent.

Submitted October 6, 1952; decided October 16, 1952.

*Samuel Gellman,* in person, for motion.

*Samuel Weiss* opposed.

Motion granted on condition that the return be filed and that appellant pay $10 costs within ten days from the date of this order. Case set down for argument during the November, 1952, session of the Court of Appeals.